UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JARED M. WILLIAMS, ET AL.** | : | **DOCKET NO. 2:17-cv-1120 (Lead)** |
| | | **2:18-821 (Member)** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **AGUSTIN FENTANES, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 38] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Partial Summary Judgment [doc. 27] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 7th day of May, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE